**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Charles Nana Tchienkou,

    Plaintiff,

    v.                                            Case No.  1:05cv727

Cintas Corporation, *et al.*,               Judge Michael H. Watson

    Defendants.

## **ORDER**

    This matter is before the Court on the Magistrate Judge's Report and Recommendation filed March 21, 2006 (Doc. 9).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  <u>See United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter <u>de novo</u> pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

    Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.  Defendant's' Motion to Dismiss (Doc. 3) is GRANTED.  The Plaintiff's Compliant is dismissed.  This action is closed.

    **IT IS SO ORDERED.**

                                                           /s/ Michael H. Watson
bac      April 12, 2006                                        Michael H. Watson, Judge
                                                             United States District Court